IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| *Petitioner*, | * | |
| v. | * | Civil No. 22-2943-LKG |
| **GERARDO G. VASQUEZ MENDEZ,** | * | |
| *Respondent.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO HOLD RESPONDENT IN CONTEMPT

The United States of America ("Petitioner"), on behalf of its agency, the Internal Revenue Service ("IRS"), by undersigned counsel, avers to this Court as follows:

1. On November 14, 2022, Petitioner filed a Petition to Enforce IRS Summons requesting that the Court enter an order directing the Respondent to show cause, if any, why Respondent should not comply with and obey the IRS's summons served on him. ECF No. 1.

2. On January 31, 2025, the Court ordered that Respondent appear in Court on February 21, 2025 to show cause why he should not be compelled to obey the IRS Summons. ECF No. 5.

3. On February 20, 2025, a Declaration from Revenue Officer Gale Harold was filed, stating that the Order to Comply with Summons or Show Cause, Petition, and attachments were personally served by her on Respondent on February 10, 2025 by attaching the documents to his door.

4. Respondent failed to file anything in response to the Court's Show Cause Order, and he failed to appear as ordered on February 21, 2025.

5. To date, Respondent has failed to respond to this Court's Show Cause Order, which

notifies Respondent that a failure to comply may subject him to sanctions for contempt of court.

WHEREFORE, the Petitioner respectfully prays:

1. That this Court hold the Respondent in contempt for failing to comply with the Show Cause Order; and

2. That a bench warrant be issued for Respondent's arrest for lack of compliance.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

 /s/ *Matthew A. Haven*
Matthew A. Haven
Assistant U.S. Attorney
U.S. Attorney's Office
District of Maryland
36 S. Charles Street, 4th Fl.
Baltimore, MD 21201
(410) 209-4800

## **CERTIFICATE OF SERVICE**

I certify that on March 25, 2025, I caused a copy of the foregoing Motion to Hold Respondent in Contempt and proposed order to sent by certified mail, return receipt, to Respondent at 6225 20th Ave., Hyattsville, MD 20782.

                                               */s/ Matt Haven*
                                               Matt Haven
                                               Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | * | |
| *Petitioner*, | * | |
| v. | * | Civil No. 22-2943-LKG |
| **GERARDO G. VASQUEZ MENDEZ,** | * | |
| *Respondent.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION of the United States of America's *Motion to Hold Respondent in Contempt*, it is hereby ORDERED as follows:

1. Respondent Gerardo G. Vasquez Mendez is found to be in contempt of this Court's Show Cause Order issued on January 31, 2025 (ECF No. 5); and

2. A bench warrant will be issued for Respondent's arrest due to lack of compliance.

SO ORDERED, this ___ day of _____, 2025.

_____
LYDIA K. GRIGGSBY
UNITED STATES DISTRICT JUDGE